# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>BARLEY N HOPS, LLC DBA LAURY'S STATION BEVERAGE<br><br>Defendants | CIVIL NO. 19-02327 |

## ORDER

AND NOW, this  3rd  day of  September , 2019, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted.

                                                       /s/ Gerald J. Pappert
                                                                           J.