# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

BARLEY N HOPS, LLC DBA LAURY'S STATION BEVERAGE; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 19-02327

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BARLEY N HOPS, LLC DBA LAURY'S STATION BEVERAGE C/O MICHAEL OR CINDY LOU GILMORE the above process on the 15 day of October, 2019, at 11:40 o'clock, A M, at 765 SOUGH NORTHAMPTON ST BANGOR, PA 18013, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s) Michael Gilmore

Description: Approximate Age 56-60 Height 6'2" Weight 255 Race WHITE Sex MALE Hair BLACK/GRAY
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** ) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared _____Kendra Day_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-194064
Case ID #:5653977

Subscribed and sworn to before me
this _16_ day of _OCT_ 20_19_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021