IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>  v.<br><br>BARLEY N HOPS, LLC dba LAURY'S STATION BEVERAGE,<br>    *Defendant.* | CIVIL ACTION<br>NO. 19-2327 |

## ORDER

AND NOW, this 13th day of February, 2020, it is **ORDERED** that Plaintiff United States of America's Motion for a default judgment (ECF No. 6) is **DENIED without prejudice**. Because it appears that Plaintiff's claim is for "a sum that can be made certain by computation," Plaintiff is directed to refile its motion as a "request" for a default judgment with an affidavit showing the amount due consistent with Federal Rule of Civil Procedure 55(b)(1).[1]

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

---

[1]  *See also* United States District Court for the Eastern District of Pennsylvania Clerk's Office Procedural Handbook (September 18, 2018), http://www.paed.uscourts.gov/documents/handbook/handbook.pdf, at p. 37 ("If the amount requested in the complaint differs from that requested in the proposed judgment, the affidavit of amount due should explain the discrepancy.").