UNITED STATES DISTRICT COURT
Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff<br><br>v.<br><br>Barley N Hops, LLC dba Laury's Station Beverage,<br>       Defendant | No. 19-02327 |

## DEFAULT JUDGMENT

AND NOW, this __3rd__ day of __March__, 2020, upon consideration of Plaintiff's Request for Default Judgment, IT IS HEREBY ORDERED that judgment is entered in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of the Treasury, and against Defendant, Barley N Hops, LLC dba Laury's Station Beverage, in the amount of $112,742.82. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

                BY THE COURT:

                Kate Barkman, Clerk of Court
                ATTEST:

                     s/ Nicole Durso
                Nicole Durso, Deputy Clerk